IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| RICHARD TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN GOVERNORS UNIVERSITY,<br><br>Defendant. | **ORDER FOLOWING ORAL RULINGS**<br><br>Case No.  2:18-cv-780-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

On May 14, 2019, the court heard oral argument on Defendant Western Governors University's Motion to Dismiss[1] Plaintiff Richard Taylor's Amended Complaint.[2]  Brian Jackson appeared for Taylor.  Rob Rice and Jascha Clark appeared for Western Governors University.

For the reasons stated on the record at the hearing, the court ruled as follows:

1. Western Governors University's Motion to Dismiss is DENIED with regard to Taylor's claim brought pursuant to the Stop Terrorist and Military Hoaxes Act, 18 U.S.C. § 1038; but

2. The court will decline to exercise supplemental jurisdiction over the remaining claims, which are asserted under Utah law.  Those claims are hereby DISMISSED WITHOUT PREJUDICE.

Dated this <u>15th</u> day of <u>May</u>, 2019

BY THE COURT

_____
Robert J. Shelby
Chief United State District Judge

---

[1] Dkt. 23.
[2] Dkt. 17.