Brian K. Jackson (15296)
BRIAN K. JACKSON, LLC
341 South Main Street, Suite 500
Salt Lake City, UT  84111
Phone: (801) 441-8922
Fax: (801) 534-1948
brianj@bjacksonlaw.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RICHARD TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN GOVERNORS UNIVERSITY, a Utah Corporation,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 2:18-CV-00780-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br>Magistrate Judge Dustin B. Pead |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Richard Taylor ("Plaintiff") hereby dismisses in its entirety his claim pursuant to 18 U.S.C. section 1038(b), as set forth in section III(F), paragraphs 89 through 104, of Plaintiff's Amended Complaint, against Defendant Western Governors University ("WGU") without prejudice.  No answer or motion for summary judgment has been filed.

DATED this 22nd day of May, 2019.

                                  BRIAN K. JACKSON, LLC

                                  */s/ Brian K. Jackson*
                                  Brian K. Jackson
                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2019, I caused a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** to be filed with the Clerk of Court using the Court's ECF System, which sent notification of same to the counsel of record as follows:

> Robert O. Rice
> Jascha K. Clark
> **RAY QUINNEY & NEBEKER P.C.**
> 36 South State Street, Suite 1400
> P.O. Box 45385
> Salt Lake City, Utah 84145-0385
> rrice@rqn.com
> jclark@rqn.com

*/s/ Brian K. Jackson*