# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| RICHARD TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>WESTERN GOVERNORS UNIVERSITY,<br><br>Defendant. | **ORDER DISMISSING CLAIM AND CLOSING CASE**<br><br>Case No.: 2:18-cv-780-RJS-DBP<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Pursuant to Plaintiff Richard Taylor's Notice of Voluntary Dismissal without Prejudice,[1] the court hereby dismisses without prejudice Taylor's lone remaining claim, brought pursuant to pursuant to 18 U.S.C. § 1038. The clerk of court is directed to close this case.

Dated this 23rd day of May, 2019

BY THE COURT

Robert J. Shelby
Chief United State District Judge

---

[1] Dkt. 43.